UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ernesto Elizondo, § | CIVIL ACTION NO. 2:15-cv-513 |
|     Plaintiff § | |
| § | |
| vs. § | |
| § | |
| § | |
| Akal Security, Inc. and Loretta Lynch, § | |
| Attorney General of the United States, § | |
|     Defendants. § | A JURY IS DEMANDED |

**Plaintiff's Certificate of Interested Parties**

Plaintiff, Ernesto Elizondo, through his counsel, states that the following persons or legal entities have a financial interest in the outcome of this case:

1. Ernesto Elizondo

2. United States Department of Justice

3. Akal Security, Inc.

4. Marek, Griffin & Knaupp

5. Butler & Harris

                                                  Respectfully submitted,

                                                  s/ Katherine L. Butler
                                                  Federal I.D. No. 4734
                                                  State Bar No. 03526300
                                                  Paul R. Harris
                                                  Federal I.D. No. 897365
                                                  State Bar No. 24059905
                                                  1007 Heights Boulevard
                                                  Houston, Texas  77008
                                                  (713) 526-5677
                                                  Fax (888) 370-5038

Email: kathy@butlerharris.com

John Griffin, Jr.
State Bar No. 08460300
Michael J. Neurburg
State Bar No. 24075562
203 North Liberty Street
Victoria, Texas 77901
(361) 573-5500 – Telephone
(361) 573-5040 – Telecopier
Email: jwg@lawmgk.om

**Attorneys for Plaintiff**

**Certificate of Service**

I certify that a true and correct copy of this document has been served upon the Counsel for the Defendants via the ECF system on January 20, 2016.

<u>/s/ Katherine L. Butler</u>