UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERNESTO ELIZONDO | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No: 2-15-cv-513 |
| | § |
| AKAL SECURITY, INC. and | § |
| LORETTA LYNCH, ATTORNEY | § |
| GENERAL OF THE UNITED STATES | § |
| | § |
| Defendants. | § |

## NOTICE OF SETTLEMENT

Defendant, Loretta Lynch, Attorney General of the United States, notifies the Court that the Government has settled its portion of the lawsuit with the Plaintiff. The Government and the Plaintiff will file dismissal pleadings immediately upon the consummation of the settlement. A proposed Order is attached to this pleading. Pending the consummation of the settlement and submission of the dismissal pleadings, the Government requests that all court settings that are currently scheduled be cancelled as they pertain to the Government.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: *s/ Elizabeth F. Karpati*
ELIZABETH F. KARPATI
Assistant United States Attorney
State Bar No. 00794069
SDTX: 20567
1000 Louisiana, Suite 2300
Houston TX 77002
(713) 567-9767 (PHONE)
(713) 718-3303 (FAX)
Email: Elizabeth.Karpati@usdoj.gov

ATTORNEY FOR THE
UNITED STATES

Of Counsel:

C. Joseph Carroll
Associate General Counsel
U.S. Marshals Service
Office of General Counsel
Crystal Square 4, Tenth Floor
Washington, DC 20530-1000

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Instrument was sent via ECF on July 21, 2016, to the following:

John Griffin, Jr.
Attorney at Law
203 North Liberty Street
Victoria, Texas 77901

    Attorney for Plaintiff

Katherine L. Butler
Attorney at Law
1007 Heights Blvd.
Houston, Texas 77008

    Attorney for Plaintiff

Gretchen Agena
LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
1301 McKinney Street Suite 1900 Houston, TX 77010

    Attorney for Defendant Akal Security, Inc.

                                      *s/Elizabeth F. Karpati*_____
                                      ELIZABETH F. KARPATI
                                      Assistant United States Attorney