UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ernesto Elizondo,<br>      Plaintiff | § <br> § <br> § | CIVIL ACTION NO. 2:15-cv-00513 |
| vs. | § <br> § <br> § <br> § | |
| Akal Security, Inc. and Loretta Lynch,<br>Attorney General of the United States,<br>      Defendants. | § <br> § <br> § | A JURY IS DEMANDED |

## **Plaintiff's Notice of Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ernesto Elizondo advises the Court that he has voluntarily dismissed his claims and causes of action against Defendants Akal Security, Inc., and Loretta Lynch, Attorney General of the United States, with prejudice as to the refiling of same. Respectfully submitted this 21st day of September 2016.

Respectfully submitted,

　/s/ Michael J. Neuerburg　
Michael J. Neuerburg
Texas Bar No. 24075562
JOHN GRIFFIN, JR.
Texas Bar No. 08460300
203 North Liberty Street
Victoria, Texas  77901
(361) 573-5500 – Telephone
(361) 573-5040 – Fax
jwg@lawmgk.com
mjn@lawmgk.com

1


        Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas 77008
(713) 526-5677 – Telephone
(888) 370-5038 – Fax
kathy@butlerharris.com

ATTORNEYS FOR PLAINTIFF

Certificate of Service

The plaintiff has served this pleading on the defendants by email and through the ECF system on the 21st day of September 2016.

    /s/ Michael J. Neuerburg
    Michael Neuerburg