UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ernesto Elizondo,<br>    Plaintiff | §<br>§<br>§ | CIVIL ACTION NO. 2:15-cv-00513 |
| vs. | §<br>§<br>§ | |
| Akal Security, Inc. and Loretta Lynch,<br>Attorney General of the United States,<br>    Defendants. | §<br>§<br>§ | A JURY IS DEMANDED |

## Agreed Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ernesto Elizondo hereby stipulates to a dismissal with prejudice of all his claims against Defendants Akal Security, Inc. and Loretta Lynch, Attorney General of the United States.

Respectfully submitted this 7th day of October 2016.

                Respectfully submitted,

                  /s/ Michael J. Neuerburg
                Michael J. Neuerburg
                Texas Bar No. 24075562
                JOHN GRIFFIN, JR.
                Texas Bar No. 08460300
                203 North Liberty Street
                Victoria, Texas  77901
                (361) 573-5500 – Telephone
                (361) 573-5040 – Fax
                jwg@lawmgk.com
                mjn@lawmgk.com

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677 – Telephone
(888) 370-5038 – Fax
kathy@butlerharris.com

ATTORNEYS FOR PLAINTIFF

AGREED:

/s/ Elizabeth F. Karpati (by permission)
Elizabeth F. Karpati
Assistant United States Attorney
State Bar No. 00794069
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 597-9767 - Telephone
(713) 718-3303 - Fax
Elizabeth.Karpati@usdoj.gov
*Attorney for Defendant*
*Loretta Lynch*

/s/ Gretchen Agena (by permission
Gretchen Agena
Littler Mendelson, P.C.
State Bar No. 24040396
1301 McKinney Street, Suite 1900
Houston, TX 77010
(713) 951-9400 - Telephone
(713) 951-9212 - Fax
gagena@littler.com
*Attorney for Defendant*
*Akal Security, Inc.*

Certificate of Service

      I hereby certify that on October 7, 2016, a true and correct copy of the foregoing instrument was filed using the Court's CM/ECF system, which will send notice electronically to the following counsel of record:

| | |
|---|---|
| Elizabeth F. Karpati | Gretchen Agena |
| Assistant United States Attorney | Littler Mendelson, P.C. |
| 1000 Louisiana, Suite 2300 | 1301 McKinney Street, Suite 1900 |
| Houston, TX 77002 | Houston, TX 77010 |
| Elizabeth.Karpati@usdoj.gov | gagena@littler.com |
| *Attorney for Defendant* | *Attorney for Defendant* |
| *Loretta Lynch* | *Akal Security, Inc.* |

                         /s/ Michael J. Neuerburg
                            Michael Neuerburg